393 A.2d 1282

Commonwealth v. Stiner, Appellant.

Argued April 14, 1978. Joseph M. George, for appellant;  Conrad B. Capuzzi, District Attorney, submitted a brief for Commonwealth, appellee.

Judgment of sentence affirmed.